10363.  WATSON *v.* LITHONIA BANKING COMPANY.

Although the presumption is that the magistrate's answer to the certiorari
was true, the evidence introduced on the issue made by the traverse to
the answer was in conflict and did not demand a finding against the
traverse; and the judge of the superior court therefore erred in directing
a verdict against the traverse.

                        DECIDED JUNE 12, 1919.

Certiorari; from Gwinnett superior court—Judge Cobb.   January 20, 1919.

*O. A. Nix,* for plaintiff in error.

*L. B. Norton, I. L. Oakes,* contra.

WADE, C. J.  This was a suit in a justice's court upon a
promissory note.  The defendant filed a plea of non est factum.
The trial of the case in the justice's court having resulted in a
verdict for the plaintiff, certiorari was sued out.  One of the
grounds of the petition for certiorari was that the note sued upon
was not introduced in evidence.  The magistrate's answer states
that the note was introduced in evidence.  The defendant there-
upon traversed the magistrate's answer as to this statement.  At
the conclusion of the evidence upon the issue thus raised, the
judge of the superior court directed the jury to return a verdict
against the traverse, and also overruled the certiorari.  A motion
for a new trial, based on the ground that the judge of the superior
court erred in directing the verdict, was overruled, and exception
is taken to this judgment, as well as to the order overruling the
certiorari.

Although the presumption is that the statement made in the
magistrate's answer was true, the traverse to the answer raised
an issue of fact, and since the evidence introduced upon this issue
was in sharp conflict, this court cannot say, as a matter of law,
that the evidence demanded a finding in accordance with that
presumption, and therefore the action of the judge of the superior
court in directing a verdict against the traverse and in overruling
the certiorari is

                *Reversed.  Jenkins and Luke, JJ., concur.*